```
                              United States Bankruptcy Court
                                   District of Colorado

In re:                                                            Case No. 10-24832-EEB
Clint E. Quintana                                                 Chapter 7
Tabitha Quintana
        Debtors              CERTIFICATE OF NOTICE
District/off: 1082-1          User: atwoods                Page 1 of 2           Date Rcvd: Jan 09, 2017
                              Form ID: 177                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
db/db         +Clint E. Quintana,    Tabitha Quintana,    4314 Woodlake Lane,    Wellington, CO 80549-1867
aty           +Caren Jacobs Castle,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty           +Deanna L. Westfall,    999 18th Street,    Suite 2201,    Denver, CO 80202-2402
aty           +Keith Gantenbein,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty           +Kimberly L. Martinez,    999 18th St.,    Ste. 2201,    Denver, CO 80202-2402
aty           +Peter C. DeCamillis,    999 18th St.,    Ste 2201,    Denver, CO 80202-2402
tr            +Douglas B. Kiel,    Chapter 13 Trustee,    4725 S. Monaco St.,    Ste. 120,
                Denver, CO 80237-3468
tr            +Sally Zeman,    Chapter 13 Trustee,    PO Box 1169,    Denver, CO 80201-1169
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                51 East Bethpage Road,    Plainview, NY 11803-4224
12151870      +Alamosa State Bank,    PO Box 1098,    Alamosa, CO 81101-1098
12151873       Business Revenue Systems, Inc.,    PO Box 13077,    Des Moines, IA 50310-0077
12151876      +Capital Recoveries, Inc.,    Po Box 512,    Cheyenne, WY 82003-0512
12208829      +Compass Bank, ADS as Agent,    P.O. Box 4138,    Houston, TX 77210-4138
12151879      +Durango Credit And Collection,    3050 Main Ave,    Durango, CO 81301-4245
12151880       Emergency Medical Specialists,    PO BOx 173891,    Denver, CO 80217-3891
12151881       Enhanced Recovery Corp,    PO BOx 1967,    Southgate, MI 48195-0967
12151883       Manolo Sanchez-President,    Compass Bank,    5708 Bellaire Blvd,    Houston, TX 77081-5506
12151884       Pagosa Mountain Hospital Business Office,    Po Box 1660,    Greely, CO 80632-1660
12151886      +Pueblo Pulmonary Associates,    1925 E. Orman Ave #254,    Pueblo, CO 81004-3549
12427570      +Residential Funding Company, LLC,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
12151888      +Residential Funding Corp,    One Meridian Crossings, Suite 100,    Minneapolis, MN 55423-5646
12151889      +Rio Grande County Hospital,    310 CO Rd 14, Dept 1280,    Del Norte, CO 81132-8758
12151892      +SIHO,    417 Washington St.,    Columbus, IN 47201-6789
12151894      +SLVRMC Physician Services,    2115 Stuart St.,    Alamosa, CO 81101-2269
12151891      +San Luis Valley RMC Physician,    Po Box 5625,    Denver, CO 80217-5625
12151890      +San Luis Valley Reg Med,    106 Blanca Ave,    Alamosa, CO 81101-2340
15930365      +Shelving Rock Partners 2013-4 LLC,    323 Fifth Street,    Eureka, CA 95501-0305
12151895       Southern Colorado Imaging,    PO Box 7693,    Loveland, CO 80537-0693
12151896       The Advantage Group,    Po Box 1877,    Pueblo, CO 81002-1877
12151897       Valley WIde Health Systems Inc,    128 Market Street,    Alamosa, CO 81101-2290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12177291      +EDI: AISACG.COM Jan 09 2017 23:48:00      Ascension Capital Group, Inc.,
                Compass Bank (Secured) Dept,    P.O. Box 201347,    Arlington, TX 76006-1347
12177291      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 09 2017 23:50:00
                Ascension Capital Group, Inc.,    Compass Bank (Secured) Dept,    P.O. Box 201347,
                Arlington, TX 76006-1347
12151872      +E-mail/Text: defaultspecialty.us@bbva.com Jan 09 2017 23:54:20      BBVA Compass,    PO Box 10566,
                Birmingham, AL 35296-0001
12151871       EDI: BANKAMER.COM Jan 09 2017 23:48:00      Bank Of America,    Po Box 851001,
                Dallas, TX 75285-1001
12393055      +EDI: OPHSUBSID.COM Jan 09 2017 23:49:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12151874       EDI: CAPITALONE.COM Jan 09 2017 23:48:00      Capital One,    Po Box 60599,
                City Of Industry, CA 91716-0599
12151875      +EDI: CAPITALONE.COM Jan 09 2017 23:48:00      Capital One Bank,    PO Box 60599,
                City Of Industry, CA 91716-0599
12536166       EDI: CAPITALONE.COM Jan 09 2017 23:48:00      Capital One Bank (USA), N.A.,
                by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
12151877       EDI: CIAC.COM Jan 09 2017 23:48:00      Citi Mortgage, Inc,    PO Box 689196,
                Des Moines, IA 50368-9196
12237584      +EDI: CIAC.COM Jan 09 2017 23:48:00      CitiMortgage, Inc.,    PO Box 140609,
                Irving, TX 75014-0609
12151878       EDI: ESSL.COM Jan 09 2017 23:48:00      Dish Network,    Dept 0063,    Palatie., IL 60055-0063
12446797      +EDI: BANKAMER.COM Jan 09 2017 23:48:00      Fia Card Services, NA As Successor In Interest to,
                Bank of America NA and Mbna America Bank,    1000 Samoset Drive,    DE5-023-03-03,
                Newark, DE 19713-6000
12298931       EDI: RMSC.COM Jan 09 2017 23:48:00      GE Money Bank,    c/o Recovery Management Systems Corp.,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12151885       E-mail/Text: brprocessor@pfccollects.com Jan 09 2017 23:55:08      Professional Finance Company,
                PO Box 1686,    Greely, CO 80632-1686
15128224      +EDI: OPHSUBSID.COM Jan 09 2017 23:49:00      Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12585163       EDI: ECAST.COM Jan 09 2017 23:48:00      eCAST Settlement Corporation,    POB 29262,
                New York NY 10087-9262
                                                                                              TOTAL: 16
```

```
District/off: 1082-1          User: atwoods                Page 2 of 2                  Date Rcvd: Jan 09, 2017
                              Form ID: 177                 Total Noticed: 45


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12427994*        +Residential Funding Company, LLC,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
15884953         ##Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
12151882         ##GMAC Mortgage,    Attn: Payment Processing,    PO Box 79135,    Phoenix, AZ  85062-9135
12151887         ##+Radiology & Imaging Consultants, PC,    155 Printers Pkwy, Ste 100,
                   Colorado Springs, CO 80910-6101
12151893         ##+SLV Regional Medical Center,    PO Box 749,   Alamosa, CO 81101-0749
                                                                                             TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
              Andrew    Goldberg    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com, agoldberg@rosicki.com
              Brenda S. Bossert    on behalf of Debtor Clint E. Quintana brenda@kspk.com,
               bsglaw@kspk.com;G8872@notify.cincompass.com
              Brenda S. Bossert    on behalf of Debtor Tabitha  Quintana brenda@kspk.com,
               bsglaw@kspk.com;G8872@notify.cincompass.com
              Jennifer K. Cruseturner    on behalf of Creditor   Seterus, Inc bknotice@mccarthyholthus.com,
               jcruseturner@mccarthyholthus.com;jcruseturner@ecf.inforuptcy.com
              Lynn    Martinez    lmartinez@trustee.comcastbiz.net, co29@ecfcbis.com
              US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Clint E. Quintana** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7803 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tabitha Quintana** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2838 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Colorado** | | |
| Case number:   **10–24832–EEB** | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Clint E. Quintana                                      Tabitha Quintana
                                                       aka Tabitha Gallegos

<u>1/9/17</u>                                          **By the court:**   <u>Elizabeth E. Brown</u>
                                                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**